JS–6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVERADO STAGES INC<br><br>　　　　Plaintiff(s),<br><br>　　v.<br><br>NATIONAL INTERSTATE INSURANCE<br>COMPANY , et al.<br><br><br>　　　　Defendant(s). | CASE NO:<br>2:12–cv–06881–MMM–E<br><br><br>**ORDER DISMISSING ACTION WITHOUT PREJUDICE** |

　　　Having been advised by counsel that the above–entitled action has been settled, IT IS ORDERED that the above–captioned action is hereby **dismissed** without costs and without prejudice to the right, upon good cause shown within  **days from the filing date of this Order**, to re–open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action.

　　　**IT IS SO ORDERED.**

DATED: March 25, 2013　　　　　　　　　/s/ *Margaret M. Morrow*
　　　　　　　　　　　　　　　　　　　Margaret M. Morrow
　　　　　　　　　　　　　　　　　　　United States District Judge