# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SILVERADO STAGES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>NATIONAL INTERSTATE INSURANCE COMPANY, an Ohio corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No.: 2:12-cv-06881-MMM-E<br><br>Action Filed :    08/09/2012<br><br>**(~~PROPOSED~~) ORDER GRANTING STIPULATION FOR DISMISSAL OF ENTIRE CASE WITH PREJUDICE** |

# **ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties, this action is hereby dismissed in its entirety with prejudice as set forth in Federal Rule of Civil Procedure 41(a)(1). Each party shall bear their own attorney's fees and costs.

**IT IS SO ORDERED**.

DATED: April 16, 2013

_____
THE HON. MARGARET M. MORROW
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; my business address is 19800 MacArthur Blvd., Suite 800, Irvine, CA 92612. Email address: grubio@bargerwolen.com.

**I HEREBY CERTIFY** that on **April 16, 2013**, I electronically filed the foregoing (**PROPOSED) ORDER GRANTING STIPULATION FOR DISMISSAL OF CASE WITH PREJUDICE [FRCP 41(a)(1)]** with the Clerk's Office using the CM/ECF System which provides for the transmittal of a Notice of Electronic Filing to any and all CM/ECF registrant(s) in this action as follows:

| | |
|---|---|
| Nicholas P. Roxborough, Esq.<br>Mark J. Uyeno, Esq.<br>ROXBOROUGH POMERANCE NYE AND ADREANI LLP<br>5820 Canoga Avenue, Suite 250<br>Woodland Hills, CA 91367<br>Tel: (818) 992-9999<br>Fax: (818) 992-9991<br>npr@rpnalaw.com<br>mju@rpnalaw.com | Counsel for Plaintiff<br>Silverado Stages, Inc. |

I declare under penalty of perjury under the laws of the State of California that and the United States of America the above is true and correct. Executed on **April 16, 2013**, in the City of Irvine, California.

NAME: Gabriela Rubio

An Employee of BARGER & WOLEN LLP

2